UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MAXIMO GRAVES individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JP CONSTRUCTION GROUP INC.,<br><br>and<br><br>B&A CONSTRUCTION SERVICES INC.,<br><br>Defendants. | Case No. 3:24-cv-574 (RCY) |

**JOINT MOTION FOR SETTLEMENT APPROVAL**

COMES NOW Plaintiff Maximo Graves ("Plaintiff"), with the Defendants JP Construction Group Inc. and B&A Construction Services Inc. (collectively, "Defendants"), and respectfully move the Court to approve the FLSA Settlement Agreement ("Agreement") between the Parties. A copy of the Agreement is filed under seal pursuant to the Court's Order (ECF No. 21).

Respectfully submitted,

/s/ *David C. Burton*
David C. Burton, VSB 33178
Yiorgos L. Koliopoulos, VSB 93608
Preston W. Ball, VSB 99245
Williams Mullen, Clark & Dobbins PC
222 Central Park Ave., Suite 1700
Virginia Beach, VA 23462
Telephone: (757) 473-5354
Fax: (757) 473-0395
dburton@williamsmullen.com

/s/*Samantha R. Galina*
Craig Juraj Curwood, VSB 43975
Zev H. Antell, VSB 74634
Samantha R. Galina, VSB 96981
Butler Curwood, PLC
140 Virginia St., Suite 302
Richmond, VA 23219
Telephone: (804) 648-4848
Fax: (804) 237-0413
craig@butlercurwood.com

|  |  |
|---|---|
| gkoliopoulos@williamsmullen.com<br>pball@williamsmullen.com | samantha@butlercurwood.com<br>zev@butlercurwood.com |
| *Counsel for B&A*<br>*Construction Services Inc.* | *Counsel for Plaintiff* |

*/s/ Stephen D. Lofaso*
Stephen D. Lofaso, VSB 76992
Kristina Keech Spitler, VSB 29028
Vanderpool, Frostick & Nishanian, PC
9200 Church Street, Suite 400
Manassas, Virginia 20110
Telephone: (703) 369-4738
Fax: (703) 369-3653
slofaso@vfnlaw.com
kspitler@vfnlaw.com

*Counsel for JP Construction Group Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, I will electronically file the foregoing document with the Clerk of the Court, using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/*Samantha R. Galina*
Samantha R. Galina (VSB No. 96981)
