IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| MAXIMO GRAVES, *individually and on behalf of himself and others similarly situated,* | ) ) ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:24CV574 (RCY) |
| | ) | |
| JP CONSTRUCTION GROUP, INC., *et al.,* | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion for Settlement Approval (ECF No. 22) following the June 10, 2025 settlement approval hearing.  For the reasons stated from the bench, the Court GRANTS the parties' Joint Motion for Settlement Approval (ECF No. 22).  The matter is DISMISSED with PREJUDICE and administratively closed; however, the Court RETAINS jurisdiction for purposes of enforcing the settlement agreement.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____ /s/
Roderick C. Young
United States District Judge

Date:  June 10, 2025
Richmond, Virginia